UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

---

| | |
|---|---|
| HANNAH MCNEILL,<br>Individually, as a Surviving Spouse<br>Of DELMER MCNEILL, JR. and as next<br>friend of D. MCNEILL, III; D. MCNEILL,<br>III by and through his mother and next<br>friend, HANNAH MCNEILL; and HANNAH MCNEILL,<br>Administrator of the Estate of DELMER MCNEILL,<br>Jr., | JUDGMENT IN A CIVIL CASE |
|     Plaintiffs, | |
| vs. | |
| LG SOURCING, INC.; LOWE'S HOME<br>CENTERS, LLC; LUCAS INNOVATION,<br>INC., FERRELLGAS, L.P. (as FERRELLGAS,<br>L.P. and d/b/a FERRELLGAS OPERATING,<br>L.P. and d/b/a BLUE RHINO); FERRELLGAS<br>OPERATING, L.P., AND BLUE RHINO, | CASE NO: 13-1010-STA-egb |
|     Defendants. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Adopting Report and Recommendation and Granting Plaintiff's Motion For Default Judgment entered on May 9, 2018, and in accordance with the Orders on the approval of settlements and stipulation of dismissal previously filed by the parties and having decided the final claims remaining, the Court DISMISSES this action.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 5/9/2018

THOMAS M. GOULD
Clerk of Court


s/Maurice B. BRYSON

(By)  Deputy Clerk